# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>JEROME KAISER, CPA,<br><br>Defendant/Respondent, | Case No.: 8:19-mc-00020 JVS (KESx)<br><br>**ORDER TO SHOW CAUSE ISSUED UPON APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION FOR AN ORDER UNDER SECTION 21(e) OF THE SECURITIES EXCHANGE ACT OF 1934** |

Upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to Section 21(e) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(e)(1), to enforce compliance by Respondent Jerome Kaiser, CPA ("Kaiser" or "Respondent") with the Order Making Findings and Imposing Remedial Sanctions and a Cease-and-Desist Order Pursuant to Section 8A of the Securities Act of 1933 and Sections 4C and 21C of the Securities Exchange Act of 1934 and Rule 102(e) of the Commission's Rules of Practice as to Jerome Kaiser, entered on consent against Respondent Kaiser on

1

April 9, 2015 pursuant to an administrative proceeding entitled *In the Matter of Airtouch Communications, Inc., Hideyuki Kanakubo, and Jerome Kaiser, CPA*, Administrative Proceeding File No. 3-16033 (April 9, 2015) (the "Administrative Order"), and it appearing that an Order to Show Cause should issue, it is hereby:

**ORDERED**, that Respondent shall appear before this Court in Courtroom 10C of the Courthouse located 411 W. Fourth Street, Santa Ana, California, on **October 21, 2019 at 1:30 p.m.** and show cause why the Commission's Application seeking the enforcement of the final Commission Administrative Order against Respondent, including the entry of a final judgment, should not be granted.

**ORDERED** that the Commission shall personally serve Respondent with this Order, and file a proof of service evidencing the same, on or before September 27, 2019.

**FURTHER ORDERED**, that Respondent shall serve and file any opposing papers by 5:00 p.m. on October 7, 2019. Service shall be made by (1) physical delivery to Shuman Sohrn, Securities and Exchange Commission, 100 F Street, Mail Stop 5628, Washington, DC 20549-5628; (2) via e-mail to sohrns@sec.gov; or (3) the CM/ECF system of this Court.

**FURTHER ORDERED**, that if the Respondent serves and files any opposing papers, the Commission may serve and file a reply paper by 5:00 p.m. on October 15, 2019, and serve such reply paper on Respondent by (1) physical

delivery to Respondent at the address designated in their opposition papers, (2) e-mail to an address designated by Respondent, or (3) the CM/ECF system of this Court if Respondent appears by counsel.

**FURTHER ORDERED**, that if Respondent fails to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondent in default and enter an appropriate order against him at such time without further notice being given

**SO ORDERED.**

Dated: September 24, 2019

_____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA