# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff/Applicant,<br><br>v.<br><br>JEROME KAISER, CPA,<br><br>Defendant/Respondent, | Case No.: **8:19-mc-00020-JVS**<br><br>**FINAL JUDGMENT AS TO JEROME KAISER, CPA** |

THIS MATTER comes before the Court on the Plaintiff/Petitioner's Application for an order compelling Respondent Jerome Kaiser, CPA ("Kaiser" or "Respondent") to show cause why a judgment should not be entered against him pursuant to Section 21(e) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(e)(1).

It is **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the United States Securities and Exchange Commission (the "Commission") against Defendant Kaiser for disgorgement in the amount of $15,000, plus all accrued post-order interest through the entry of this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the United States Securities and Exchange Commission

against Defendant Kaiser for a civil monetary penalty in the amount of $60,000, plus all accrued post-order interest through the entry of this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that the amounts awarded herein shall be subject to post-judgment interest, pursuant to § 28 U.S.C. 1961, from the date of this Final Judgment until the date all amounts owed have been paid.

It is further **ORDERED, ADJUDGED AND DECREED** that Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; the name of the defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that Defendant shall simultaneously transmit photocopies of evidence of payment and case

identifying information to the Commission's counsel in this action.  By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

It is further **ORDERED, ADJUDGED AND DECREED** that the non-monetary terms of the Commission's Administrative Order rendered against Defendant on April 9, 2015 are fully incorporated herein and subject to enforcement through this Final Judgment.  Accordingly, it is hereby further ORDERED that:

(a) Defendant shall cease and desist from committing or causing any violations and any future violations of Section 17(a) of the Securities Act of 1933 (the "Securities Act") and Sections 10(b) of the Exchange Act and Rule 10b-5 thereunder;

(b) Pursuant to Section 8A(f) of the Securities Act and Section 21C(f) of the Exchange Act, Defendant is prohibited, for ten years following the date of entry of the Commission's Administrative Order (entered April 9, 2015), from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act, or that is required to file reports pursuant to Section 15(d) of the Exchange Act; and

(c) Defendant is denied the privilege of appearing or practicing before the Commission as an accountant.

(d) After ten years from the date of the Commission's Administrative Order, Defendant may request that the Commission consider his reinstatement by submitting an application (attention: Office of the Chief Accountant) to resume appearing or practicing before the Commission as:

(1) a preparer or reviewer, or a person responsible for the preparation or review, of any public company's financial statements that are filed with the Commission. Such an application must satisfy the Commission that Kaiser's work in his practice before the Commission will be reviewed either by the independent audit committee of the public company for which he works or in some other acceptable manner, as long as he practices before the Commission in this capacity; and/or

(2) an independent accountant. Such an application must satisfy the Commission that: (a) Kaiser, or the public accounting firm with which he is associated, is registered with the Public Company Accounting Oversight Board ("Board") in accordance with the Sarbanes-Oxley Act of 2002, and such registration continues to be effective; (b) Kaiser, or the registered public accounting form with which he is associated, has been inspected by the Board and that inspection did not identify any criticisms of or potential defects in his or the firm's quality control system that would indicate that he will not receive appropriate supervision; (c) Kaiser has resolved all

disciplinary issues with the Board, and has complied with all terms and conditions of any sanctions imposed by the Board (other than reinstatement by the Commission); and (d) Kaiser acknowledges his responsibility, as long as he appears or practices before the Commission as an independent accountant, to comply with all requirements of the Commission and the Board, including, but not limited to, all requirements relating to registration, inspections, concurring partner reviews and quality control standards.

(e)    The Commission will consider an application by Kaiser to resume appearing or practicing before the Commission provided that his state CPA license is current and he has resolved all other disciplinary issues with the applicable state boards of accountancy. However, if state licensure is dependent on reinstatement by the Commission, the Commission will consider an application on its other merits. The Commission's review may include consideration of, in addition to the matters referenced above, any other matters relating to Kaiser's character, integrity, professional conduct, or qualifications to appear or practice before the Commission.

It is further **ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Final Judgment; and all other orders and decrees

which may have been or may be entered in this case, and to grant such relief as this Court may deem necessary and just.

It is further **ORDERED, ADJUDGED, AND DECREED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the application are true and admitted by Defendant, and further, any debt for disgorgement, civil penalty or other amounts due by Defendants under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

Dated this 25th day of October, 2019

_____
The Honorable James V. Selna
United States District Court Judge

Presented by:

/s/ Shuman Sohrn
Shuman Sohrn (admitted *pro hac vice*)
Attorney for U.S. Securities and
Exchange Commission